UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:26-cv-02380-MAA                                         Date: May 29, 2026

Title     Rigoberto Lopez v. Soundset, Inc, et al.

Present:    The Honorable Maria A. Audero, United States Magistrate Judge

|  Marina Moreno-Carrillo  |  N/A  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not present | Not present |

**Proceedings (In Chambers):**        **Order to Show Cause Regarding Failure to Prosecute**

On March 5, 2026, Plaintiff Rigoberto Lopez ("Plaintiff") filed a Complaint against Defendants Soundset, Inc. and Jose Humberto Galvan ("Defendants").  (ECF No. 1.)  On April 24 and 28, 2026, Plaintiff filed proofs of service showing that service was made on Defendants on April 15, 2026, such that Defendants' answers were due on May 6, 2026.  (ECF Nos. 8–9.)  As of the date of this order, however, no answer or other response from either Defendant has been filed.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **14 days from the date of entry of this Order to Show Cause**, why this action should not be dismissed for lack of prosecution.  The Court will discharge the Order to Show Cause upon the filing of one of the following:  (1) a response to the complaint by Defendants or (2) an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) by Plaintiff.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

It is so ordered.